UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
........................................................................................

KAREEM PERRY,

                                             Plaintiff,

                     v.                                                      9:07-CV-1245
                                                                           {GLS}{DRH}

BRIAN S. FISCHER; ROBERT K. WOODS,

                                            Defendants.
........................................................................................

APPEARANCES:                                OF COUNSEL:

FOR THE PLAINTIFF:

KAREEM S. PERRY
Plaintiff, *pro se*
Upstate Correctional Facility
PO Box 2001
Malone NY 12953

FOR THE DEFENDANTS:

HON. ANDREW M. CUOMO              ADRIENE J. KERWIN, AAG
Office of the Attorney General
The Capitol
Albany, New York 12224

GARY L. SHARPE, U.S. District Judge

## **ORDER**

      Presently before this Court for consideration is a request from plaintiff Kareem S. Perry ("plaintiff" or "Perry") to dismiss this action. *See* docket no. 10. By his request, Perry states he is "... withdrawing the case [and] respectfully request[s] that [the Court] remove this case from the court calendar." *See id.*

The defendants have advised the Court that they consent to the dismissal of the complaint. *See* docket nos. 12 and 14.

After a review of the entire file herein, including the defendants' response to plaintiff's request for voluntary dismissal, the Court hereby orders that the complaint be dismissed **without prejudice**.

**WHEREFORE**, based upon the above, it is hereby

**ORDERED**, that this action be dismissed **without prejudice** pursuant to Perry's request (docket no. 10) and it is further

**ORDERED**, that the Clerk serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED**.

Dated:   March 18, 2008
         Albany, New York

_____
Gary L. Sharpe
U.S. District Judge